# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE O. HUNTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br>　　　　　Respondent. | 1:07-CV-0256 OWW NEW (DLB) HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

　　IT IS SO ORDERED.

Dated: __March 14, 2007__　　　　　　　　__/s/ Dennis L. Beck__
23ehd0　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE